UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

DAVID ARRUDA

v.                                                    C.A. NO.:

JOSE PERDOMO and
COLD STORAGE TRUCKING LLC;
JOHN DOE, ALIAS and JANE DOE, ALIAS

## COMPLAINT

NOW COMES THE PLAINTIFF in the above-entitled matter who alleges as follows:

## JURISDICTION

1. This Honorable Court has subject matter Jurisdiction pursuant to 28 U.S. C. § 1332(a) and the Plaintiff seeks damages in excess of $75,000.00.

2. Venue is proper in this district pursuant to 28U.S.C. §1391.

3. Plaintiff requests a trial by jury.

## PARTIES

4. Plaintiff, David Arruda, is a resident of the Town of Bristol, County of Bristol, State of Rhode Island.

5. Defendant, Jose Perdomo, upon information and belief is a resident of the City of Newark, County of Essex, State of New Jersey.

6. Defendant, Cold Storage Trucking LLC upon information and belief is a Foreign Limited Liability Company in the State of New Jersey with its principal place of business located at 110 Middlesex Avenue, Carteret, New Jersey.

7. The Defendants, John Doe, Alias and/or Jane Doe, Alias whose identities are presently unknown but expected to be revealed through discovery are upon information and belief individuals with sufficient minimum contacts with the State of Rhode Island to satisfy an assertion of jurisdiction.

1

## STATEMENT OF THE CASE

8. On October 10, 2017, plaintiff, David Arruda, was traveling upon and along Route 95 North, North of Exit 18 in Sharon, Massachusetts when he began to slow his vehicle for traffic and was thereat rear-ended by the defendant, Jose Pedoma's vehicle, which was owned by defendant, Cold Stone Trucking LLC. Plaintiff sustained damages and personal injuries, medical treatment, loss of wages and other damages in excess of $75,000.00.

## COUNT I
## NEGLIGENCE

9. Plaintiff, David Arruda incorporates by reference paragraphs 1 through 8 of this Complaint.

10. On or about October 10, 2017, the Plaintiff, David Arruda, was the operator of a motor vehicle traveling upon and along Route 95 North, North of Exit 18 in Sharon, Massachusetts and at all times herein was in the exercise of sufficient due care and caution as to allow recovery in this matter.

11. On or about October 10, 2017, Defendant, Jose Perdomo, was operator of a motor vehicle registered and owned by Defendant, Cold Storage Trucking LLC, while traveling upon and along Route 95 North, North of Exit 18 in Sharon, Massachusetts when thereat Defendant, Jose Perdomo, did operate Defendant, Cold Storage Trucking LLC's vehicle in a negligent and/or reckless manner as to cause a rear-end collision with Plaintiff's vehicle.

12. On or about October 10, 2017, or at a time precedent thereto, the Defendant, Cold Storage Trucking LLC, expressly and/or impliedly consented to the operation of said motor vehicle by the Co-Defendant, Jose Perdomo.

13. By and through said consent the Defendant, Cold Storage Trucking LLC, is vicariously liable for the negligence and/or reckless actions of the Co-Defendant, Jose Perdomo, arising from the operation of said motor vehicle on or about Route 95 North, North of Exit 18 in Sharon, Massachusetts.

14. As a direct and proximate result of Defendants negligence, the Plaintiff sustained personal injuries, that are continuing and ongoing, that required medical care and treatment, pain and suffering, lost wages, and other damages all of which were caused by the negligence and/or recklessness of said Defendants.

15. Damages are sufficient to confer jurisdiction upon the United States District Court for the District of Massachusetts.

WHEREFORE, Plaintiff requests damages against said Defendants, jointly and severally plus interest, costs and attorney's fees in the amount of $365,000.00.

## COUNT II
## VICARIOUS LIABILITY

16. Plaintiff, David Arruda incorporates by reference herein paragraphs 1 through 15 of this Complaint

17. On or about October 10, 2017, the Plaintiff, David Arruda, was the operator of a motor vehicle traveling upon and along Route 95 North, North of Exit 18 in Sharon, Massachusetts and at all times herein was in the exercise of sufficient due care and caution as to allow recovery in this matter.

18. On or about October 10, 2017, Defendant, Jose Perdomo, was in the scope and course of his employment while operating a freightliner registered and owned by employer/ Co-Defendant, Cold Storage Trucking LLC, while traveling upon and along Route 95 North, North of Exit 18 in Sharon, Massachusetts when thereat employee/Defendant, Jose Perdomo, did operate employer/Defendant, Cold Storage Trucking LLC's vehicle in a negligent and/or reckless manner as to cause a rear-end collision with Plaintiff's vehicle.

19. Defendant, Cold Storage Trucking LLC is vicariously liable for its employees, agents and/or servants.

20. As a direct and proximate result of Defendants negligence, the Plaintiff sustained personal injuries, that are continuing and ongoing, that required medical care and treatment, pain and suffering, lost wages, and other damages all of which were caused by the negligence and/or recklessness of said Defendants.

21. Damages are sufficient to confer jurisdiction upon the United States District Court for the District of Massachusetts.

WHEREFORE, Plaintiff requests damages against said Defendants, jointly and severally plus interest, costs and attorney's fees in the amount of $365,000.00.

## CERTIFICATION AND CLOSING

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation;

3

(2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

        Plaintiff,
        By her Attorney,

        /s/ Adam J. Resmini

        ADAM J. RESMINI, ESQ. (#675888)
        Law Offices of Ronald J. Resmini, Ltd.
        155 South Main Street, Suite 400
        Providence, RI 02903
        (401) 751-8855
        efile@resminilawoffices.com

Dated: August 20, 2020